Ben S. Rubin, Plaintiff-Appellant, v. Protona Produktionsgesellschaft fur elektroakustische Gerate G.m.b.H., a West German Corporation, Reinhold Stach; Harry J. Graw and Maurice J. Hirschenbein, Individually and as Copartners Doing Business as Geiss-America, Defendants-Appellees.

Gen. No. 47,844.

First District, Second Division.

March 15, 1960.

Released for publication April 14, 1960.

Stanford Clinton and Lester N. Grossman, for plaintiff-appellant; Ernest Turk, for Protona and Reinhold Stach, Wayne and LeVine, for Harry J. Graw and Maurice J. Hirschenbein (Edward LeVine and William LeVine, of counsel, for Harry J. Graw and Maurice J. Hirschenbein) and Harold Orlinsky, for defendants-appellees. Opinion by JUSTICE BURMAN. Not to be published in full.